

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00294-CV

**IN REGARD TO M.T.M.S.**

Original Habeas Corpus Proceeding [1]

**ORDER**

On May 17, 2022, the Department filed a petition for writ of habeas corpus. No responses were filed. We conditionally grant the petition for writ of habeas corpus and order the Honorable Mary Lou Alvarez to, within fifteen days of this order, vacate the order for writ of capias and location of child with assistance of electronic data signed on May 13, 2022. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order.

It is so **ORDERED** on June 29, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In the Interest of M.T.M.S., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez presiding over the order at issue.